HARTZ, Circuit Judge,
concurring:
I am not convinced that we lack jurisdiction to hear this appeal. The defendants moved for summary judgment on all claims on the ground of qualified immunity. The district court granted summary judgment on all but one claim. The defendants now appeal the denial of summary judgment on that claim. The ground for the denial is irrelevant. Indeed, the defendants could appeal even if the district court simply held its decision in abeyance while the case proceeded. See Workman v. Jordan, 958 F.2d 332, 335-36 (10th Cir.1992). We have jurisdiction to the extent that the defendants raise abstract issues of law in support of reversal.
But jurisdiction does not get the defendants very far. We rarely consider an issue on appeal that was not presented to the district court. In this case, the defendants raised not a single argument in district court in favor of qualified immunity *473 on the remaining claim. We should therefore affirm the decision below.